UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNY E. VARGAS,

                Plaintiff,

      -against-

FLIXBUS, INC. and AYANNA TYESHIA,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/28/2026_____

26 Civ. 557 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Defendants have filed a notice of removal in the above-captioned action, and Plaintiff has appeared.  ECF Nos. 1, 4.  By **February 4, 2026**, Plaintiff shall inform the Court whether she intends to contest removal.  If so, the Court will set a briefing schedule.  If not, the action will proceed in the ordinary course.

      SO ORDERED.

Dated: January 28, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge